438 A.2d 633

McHugh, Appellant, v. Interstate Oil Trans. Corp., et al. Petition for Allowance of Appeal Denied Jan. 22, 1982.

Argued September 10, 1980. Donald E. Matusow, for appellant; Stuart M. Goldstein, for Interstate Oil, appellee; Larry Richard Barron, for Mobile, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Orders affirmed.